■ In the Matter of 1621 ST. NICHOLAS AVE OWNERS LLC, Respondent, v RHINA CRUZ, Appellant. [43 NYS3d 741]—

Order of the Appellate Term of the Supreme Court, First Department, entered February 8, 2016, which reversed an

order of the Civil Court, New York County (Anna Katz, J.), entered April 28, 2014, in a nonpayment summary proceeding, conditionally granting respondent tenant's motion for a stay of execution of a warrant of eviction, unanimously affirmed, without costs.

Given respondent's extensive and lengthy history of rent defaults before and during the pendency of this proceeding, and the absence of an adequate explanation for her failure to comply with the terms of the stipulation of settlement, no good cause has been shown to justify a further stay of execution of the warrant of eviction (*see Chelsea 19 Assoc. v James*, 67 AD3d 601 [1st Dept 2009]). Concur—Friedman, J.P., Sweeny, Richter, Manzanet-Daniels and Kapnick, JJ.